# Konta, Georges, and Buza, P.C.
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

January 10, 2023

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Fulton*, 22 CR 49 (PAE)

Dear Judge Engelmayer:

      I represent Paris Fulton. The matter is scheduled for sentencing on February 1, 2023, at 10:30 a.m. I write to respectfully request that the sentencing be adjourned to the week of March 27, 2023.[1] As the Court knows, a *Fatico* Hearing has been scheduled in the matter of *United States v. Garcia*, a co-defendant in this matter. That hearing is scheduled to occur on February 24, 2023. There are several disputed facts in Mr. Garcia's case that are relevant to Mr. Fulton's sentencing. My understanding is that sentencings for Messrs. Council and McKee, the other co-defendants in this case, have been adjourned to the week of March 27, 2023. I ask that the Court adjourn Mr. Fulton's sentencing to that week as well and for the same reasons. This is my first request to adjourn Mr. Fulton's sentencing and the government does not object.

---

**GRATNED.** Sentencing is adjourned to March 29, 2023 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 83.

SO ORDERED.  1/11/2023

      *Paul A. Engelmayer*
      PAUL A. ENGELMAYER
      United States District Judge

Respectfully Submitted,

/s/
_____
John P. Buza

cc.:   AUSA Sarah Kushner (via ECF)

---

[1] I have a VOSR hearing scheduled for March 28, 2023 so I ask that the case not be adjourned to that date should the Court grant this application.