**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

February 27, 2023

<u>**VIA ECF**</u>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Fulton,* 22 CR 49 (PAE)

Dear Judge Engelmayer:

  I represent Paris Fulton. The matter is scheduled for sentencing on March 29, 2023, at 2:00 p.m. I write to respectfully request that the sentencing be adjourned to a date as close to April 26, 2023, as possible. As the Court knows, a *Fatico* Hearing has been scheduled in the matter of *United States v. Garcia*, a co-defendant in this matter. That hearing is now scheduled to occur on March 6, 2023. There are several disputed facts in Mr. Garcia's case that are relevant to Mr. Fulton's sentencing. My understanding is that sentencings for Messrs. Council and McKee, the other co-defendants in this case, have been adjourned to April 26, 2023, to accommodate for the *Fatico* hearing being moved to March 6, 2023. I ask that the Court adjourn Mr. Fulton's sentencing to a date convenient for the Court that is as close to the sentencing hearings for Messrs. Council and McKee as possible. This is my second request to adjourn Mr. Fulton's sentencing and the government does not object.

                 Respectfully Submitted,

**GRANTED.** Sentencing is adjourned to May 1, 2023 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 93.

                /s/
              _____
               John P. Buza

2/27/2023
SO ORDERED.

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge