```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X

UNITED STATES OF AMERICA        :

          -v-                   :        ORDER

RASHIEM COUNCIL,
PARIS FULTON,                   :
TERRENCE MCKEE, and
MICHAEL GARCIA,                 :        22-CR-49 (PAE)

                 Defendants.    :

------------------------------- X
```

        WHEREAS Defendants Rashiem Council, Paris Fulton, and Terrence McKee were arrested by New York City Police Department (NYPD) personnel on January 11, 2022 and charged federally in the above-captioned matter; and

        WHEREAS pursuant to the arrests of Messrs. Council, Fulton, and McKee, NYPD personnel seized from these defendants certain cellphones and associated accessories, which were inventoried and vouchered on NYPD Invoice No. 2001098297; and

        WHEREAS this property is not otherwise contraband for purposes of Federal Rule of Criminal Procedure 41(g); and

        WHEREAS this matter has been fully adjudicated and no post-conviction or post-sentencing litigation is currently pending; and

        WHEREAS the Government has no further need for the cellphones that were seized and vouchered on NYPD Invoice No.

2001098297; and

WHEREAS the Government consents to the return of the property identified on NYPD Invoice No. 2001098297; and

WHEREAS defense counsel for Messrs. Council, Fulton, and McKee consent to the joint return of the property identified on NYPD Invoice No. 2001098297; and

WHEREAS Defendants Council, Fulton, and McKee have satisfied the requirements of Federal Rule of Criminal Procedure 41(g) and demonstrated that the return of the property identified on NYPD Invoice No. 2001098297 is appropriate;

IT IS HEREBY ORDERED that the NYPD shall return to defense counsel for Mr. Council, Assistant Federal Defender Neil P. Kelly, Esq., or a representative of the Federal Defenders of New York, the property identified on NYPD Invoice No. 2001098297; and

IT IS FURTHER ORDERED that counsel for Mr. Council shall transmit to counsel for Mr. Fulton and counsel for Mr. McKee the returned property belonging to Mr. Fulton and Mr. McKee, respectively.

The Clerk of Court is requested to terminate the motion at Dkt. No. 131.

Dated:   New York, New York
         January 23, 2024

*Paul A. Engelmayer* (signature)

THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK