UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | S1 22-CR-49-02 (PAE) |
| -v- | ORDER |
| PARIS FULTON, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On May 1, 2023, defendant Paris Fulton was sentenced principally to a term of imprisonment of 60 months, based on a charge of being a felon in possession of a firearm. Dkt. 120.

On September 10, 2024, Fulton executed a *pro se* motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 133 (filed September 17, 2024). The United States Probation Department has issued a report indicating that Fulton is not eligible for a sentence reduction. Dkt. 134.

The Court has considered the record in this case, and the submissions on this motion of the defendant and the Probation Department.

The Court finds that Fulton is ineligible for a reduction of sentence, for the reason explained by the Probation Department. Fulton does meet the eligibility criteria of Amendment 821, insofar as he is eligible for the status points reduction. But that adjustment to Fulton's criminal history score still leaves him with a criminal history category of VI, and an advisory guideline range (prior to the consideration of the 10-year statutory maximum) of 120 to 150

months' imprisonment. As such, Fulton is ineligible for a reduction of sentence under Amendment 821. The Court therefore denies his motion.

The Clerk of Court is requested to terminate the motion at Dkt. 133 and to mail a copy of this order to Fulton at the below address:

>   Paris Fulton #91415-054
>   Federal Correctional Institute Schuylkill
>   P.O. Box 759
>   Minersville, PA 17954-0759

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2024
New York, New York

2